# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                **PLAINTIFF**

v.                          No. 2:20-cv-47-DPM-JJV

**GREG REICHQL, Health Services**
**Administrator, EARU,** *et al.*                                   **DEFENDANTS**

## ORDER

The Court construes Pinder's response, *Doc. 14*, as a request to withdraw his 6 March 2020 motion for preliminary injunctive relief. Request granted. The motion, *Doc. 4*, is withdrawn. The 23 March 2020 partial recommendation, *Doc. 11*, is therefore declined without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2020