# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

STEVEN PINDER
ADC #123397                                                    PLAINTIFF

v.                          No. 2:20-cv-47-DPM-JJV

GREG REICHQL, Health Services
Administrator, EARU, *et al.*                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 18*, as modified and overrules Pinder's objections, *Doc. 22*. FED. R. CIV. P. 72(b)(3). Pinder may proceed with his glaucoma-related claims against Bennett, Reichql, James Kelley, and Griffin. Pinder argues that his glaucoma claims extend to other defendants as well. But his blanket invocation of "the medical defendants" is insufficient to explain how and when each defendant allegedly violated his rights. His objection on this point is therefore overruled.

The modification: Pinder's claims that Bennett denied him proper medical care for his diabetes and stomach ulcers are properly joined in this lawsuit under Federal Rule of Civil Procedure 18(a). *Doc. 12 at* ¶¶ *28 & 35*. But those claims don't pass screening. 28 U.S.C. § 1915A. On the diabetes claim, Pinder alleges that Bennett refused to renew a Trental prescription. Pinder acknowledges, though, that Nurse Bennett

refused to do so because Dr. Kerstien had discontinued the medication. Bennett's refusal to override the doctor's orders does not state a plausible claim of deliberate indifference or malpractice. That claim is therefore dismissed without prejudice. On the claim about Bennett's care for Pinder's stomach issues, there aren't enough facts for the Court to conclude that Pinder is currently in imminent danger of serious physical injury based on this single encounter. *Doc. 12 at ¶ 35*; 28 U.S.C. § 1915(g). That claim is therefore dismissed without prejudice, too.

Pinder's glaucoma-related claims against Bennett, Reichql, James Kelley, and Griffin go forward. All other claims and defendants are dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 May 2020

- 2 -