IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN PINDER
ADC #123397                                                                                    PLAINTIFF

v.                                   No. 2:20-cv-47-DPM-JJV

GREG REICHQL, Health Services
Administrator, EARU; JAMES KELLEY,
Health Services, Administrator, Varner
Unit; T. BENNETT, Practice Nurse, EARU;
and RORY GRIFFIN, Assistant Director, ADC                 DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, Doc. 57, and overrules Pinder's objections, Doc. 65. FED. R. CIV. P. 72(b)(3). As the Magistrate Judge noted, courts must view prisoners' requests for injunctive relief "with great caution" because of the complexities involved in prison administration. *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995). Viewed with that caution, the balance of factors does not support a preliminary injunction. Pinder's motion is therefore denied. Doc. 53. Given the nature of Pinder's glaucoma-related claims, if he exhausted his administrative remedies on any of those claims, the Court requests Magistrate Judge Volpe to adjust the Scheduling Order and make a recommendation as soon as practicable on whether a trial on the merits is needed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 July 2020