## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**STEVEN PINDER**
**ADC #123397**                                                              **PLAINTIFF**

**v.**                            **No. 2:20-cv-47-DPM-JJV**

**GREG REICHQL, Health Services**
**Administrator, EARU;  JAMES KELLEY,**
**Health Services, Administrator, Varner**
**Unit;  T. BENNETT, Practice Nurse, EARU;**
**and RORY GRIFFIN, Assistant Director, ADC**        **DEFENDANTS**

### ORDER

**1.** Pinder moves to have both Magistrate Judge Volpe and me recuse from his case. *Doc. 84.* Magistrate Judge Volpe has declined to recuse. *Doc. 86.* Pinder's motion to have me recuse from his case, *Doc. 84*, is also denied. Adverse rulings do not show bias or partiality. *Ex parte American Steel Barrel Company*, 230 U.S. 35, 43–44 (1913).

**2.** Magistrate Judge Volpe did not exceed his authority in entering a recommendation on Pinder's motion for preliminary injunctive relief. *Doc. 57.* Although Magistrate Judges may not issue final decisions on certain motions without the parties' consent, they may nonetheless enter proposed findings and recommended dispositions for the District Judge's consideration. 28 U.S.C. § 636(b)(1)(B). That is what Magistrate Judge Volpe has done in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2020