IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                                    **PLAINTIFF**

v.                              No. 2:20-cv-47-DPM-JJV

**GREG REICHQL, Health Services**
**Administrator, EARU; JAMES KELLEY,**
**Health Services, Administrator, Varner**
**Unit; T. BENNETT, Practice Nurse, EARU;**
**and RORY GRIFFIN, Assistant Director, ADC**          **DEFENDANTS**

ORDER

Objection, *Doc. 92*, overruled. Magistrate Judge Volpe did not clearly err or misapply the law in declining to recuse, *Doc. 86*. FED. R. CIV. P. 72(a).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2020