IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN PINDER
ADC #123397                                                    PLAINTIFF

v.                    No. 2:20-cv-47-DPM-JJV

GREG RECHCIGL, Health Services
Administrator, EARU; JASON KELLEY,
Health Services, Administrator, Varner
Unit; TRACY L. BENNETT, Practice
Nurse, EARU; and RORY GRIFFIN,
Assistant Director, ADC                                        DEFENDANTS

ORDER

1. Pinder has filed a sur-reply to Griffin's pending motion for summary judgment. *Doc. 101.* The Court has considered that paper in ruling on the recommendation.

2. The Court adopts Magistrate Judge Volpe's unopposed partial recommendation. *Doc. 99;* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The only specific claim Pinder made against Griffin in his amended complaint was a corrective inaction claim based on Bennett's failure to reorder Pinder's glaucoma medication in January 2020. *Doc. 12 at 14.* Pinder made some sweeping claims about "the medical defendants" as a whole; but as the Court previously stated, these catch-all allegations weren't specific enough to state a claim against a particular Defendant. *Doc. 23 at 1.* Griffin's

motion for summary judgment, *Doc. 81*, is therefore granted.  Pinder's corrective inaction claim against him is dismissed without prejudice for failure to exhaust.

    So Ordered.

                                  */s/ DPMarshall Jr.*
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    6 October 2020