IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN PINDER
ADC #123397                                                                PLAINTIFF

v.                               No. 2:20-cv-47-DPM

GREG RECHCIGL, Health Services
Administrator, EARU; JASON KELLEY,
Health Services Administrator, Varner
Unit; and TRACY L. BENNETT,
Practice Nurse, EARU                                                       DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed 13 October 2020 recommendation. *Doc. 117*; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' supplemental motion for summary judgment, *Doc. 110*, is granted. Pinder's remaining claims will be dismissed without prejudice for failure to exhaust. Defendants' initial motion for partial summary judgment, *Doc. 95*, and Pinder's motion for preliminary injunctive relief, *Doc. 100*, are denied as moot. And the 8 October 2020 partial recommendation, *Doc. 116*, is declined as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2020